| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☒ Debtor appearing without an attorney<br>☐ Attorney for Debtor(s) | FILED<br>NOV 15 2019<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:　　　　　　Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ▼

| In re:<br>Jennifer Mendez | CASE NO.: 2:19-bk-22976-NB<br>CHAPTER: 13 ▼ |
|---|---|
| | **DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**<br>(with supporting declaration)<br>[FRBP 1007(c), LBR 1007-1(b)] |
| Debtor(s). | |

1. The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1(b) to file the following:

   ☒ One or more schedules (A – J)　　☒ Chapter 13 Plan　　☒ Statement of Financial Affairs
   ☒ Statement of Current Monthly Income (B 22A, B 22B, B 22C)
   ☒ Debtor's Certification of Employment Income
   ☐ Other (*specify*):

**Note**: Do not use this form to request an extension of time to obtain the credit counseling required under 11 U.S.C. § 109 (h)(1). If the Debtor did not obtain credit counseling before filing the petition, any requests for an extension of time to satisfy the requirement must be made with a certification of exigent circumstances explaining the reason(s) for such a request.

2. Date bankruptcy case filed: 11/01/2019
3. Date of § 341(a) meeting of creditors: 12/06/2019
4. Debtor requests extension to and including (extension deadline) (*date*): 12/13/19

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2013　　　　　　　　　　　　　　　　Page 1　　　　　　　　　　　　　F 1007-1.MOTION.DEC.EXTEND

5.  Declaration regarding the reason(s) for extension (*explain*):

At this time I am respectfully requesting an extension to file case opening documents so that I may proceed without submitting incomplete or erroneous information. In addition, while attempting to gather correct information in order to ensure accuracy when submitting required forms, I have had some difficultly in accessing some necessary information. I have had to retrieve some information from storage and have found some information incomplete and or incorrect and as a result, this has proven to be more time consuming than I originally thought. It is of the utmost importance that I report all required information accurately and honestly, so I am hoping that by with your understanding and permission, I may be granted additional time to retrieve and submit accurate information to this extremely important matter.  This is a life altering situation for me and especially for my three young children; it is crucial that I do my best to secure their best interests by taking the greatest precautions in completing this process accurately. While filling out the necessary documents, I realize that I need legal advisement in order to accurately complete some forms. I am in the process of doing so, but am requesting addition time. I am also struggling with vertigo, which has created a few setbacks.  As a full-time high school teacher, with three children,additional time to complete the required documents would be so greatly appreciated.  I ask for your mercy and understanding. Thank you for your attention to this matter, thank you for time.
Respectfully submitted,  Jennifer Mendez

Debtor acknowledges that denial of this motion or failure to file the required documents by the extended deadline may result in dismissal of the case and a determination that the debtor is not eligible for any bankruptcy relief for 180 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/15/19 | _[signature]_ | | |
|---|---|---|---|
| Date | Signature of Debtor | Date | Signature of Joint Debtor, if applicable |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2013                                      Page 2                                  F 1007-1.MOTION.DEC.EXTEND