

**FILED & ENTERED**

**NOV 19 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JENNIFER MENDEZ,<br><br>Debtor[s]. | Case No.: 2:19-bk-22976-NB<br><br>Chapter 13<br><br>**ORDER ON DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS**<br><br>[No hearing required] |

    The debtor has filed a motion for extension of time to file required documents (the "Extension Motion"). The current deadline is November 15, 2019.

    This Bankruptcy Court has reviewed the Extension Motion, and finds and concludes as follows. First, any extension requires a showing of sufficient cause. Second, a maximum extension generally is two weeks, because that provides a total of approximately one month to file the case commencement documents, which is generally plenty of time, and cases that are filed but not diligently prosecuted are not a proper use of the bankruptcy system. Third, it is important for parties in interest to have key documents available to them a reasonable amount of time before the meeting of creditors (11 U.S.C. § 341(a)), which is scheduled for December 6, 2019. Taking into consideration the foregoing and the matters set forth in the Extension Motion, it is hereby ORDERED:

1. The Extension Motion is granted as follows: the debtor must file all required documents no later than **December 2, 2019** (the required documents are listed in notice(s) from this Bankruptcy Court that have been mailed to the debtor and are available on the docket).

###

Date: November 19, 2019

Neil W. Bason
United States Bankruptcy Judge